BEVINGTON, APPELLANT, *v.* SUBURBAN-WEST NURSES REGISTRY, INC., APPELLEE.

[Cite as Bevington *v.* Suburban-West Nurses Registry, Inc. (1990), 49 Ohio St. 3d 83.]

(No. 89-85 — Submitted January 23, 1990 — Decided February 21, 1990.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Alan J. Shapiro,* for appellant.

*Seeley, Savidge & Aussem Co., L.P.A.,* and *Thomas M. Carolin,* for appellee.

84

The judgment of the court of appeals is affirmed on authority of *Bostic v. Connor* (1988), 37 Ohio St. 3d 144, 524 N.E. 2d 881.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.